HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DEONDRE T. LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:13-cr-00007-JLT |
|---|---|---|
| Plaintiff, | ) ) ) | MOTION TO TERMINATE PROBATION AND DISMISS CASE PURSUANT TO 18 U.S.C. § 3607(a) and ORDER |
| vs. | ) ) | |
| DEONDRE T. LEWIS, | ) ) | (Doc. 11) |
| Defendant. | ) ) | |

Defendant Deondre T. Lewis, through his counsel, Erin Snider, Assistant Federal Defender, hereby moves pursuant to 18 U.S.C. § 3607(a) to discharge Defendant from probation and dismiss this case in light of the fact that Defendant has satisfied all of the conditions of his probation. The government does not object to early termination of Defendant's probation.

On October 1, 2013, Defendant pled guilty to a one-count Information charging him with a violation of 21 U.S.C. § 844, possession of a controlled substance. The court placed Defendant on twelve months of unsupervised probation pursuant to 18 U.S.C. § 3607(a) and ordered him to pay a $1,000.00 fine. On September 2, 2014, the court held a review hearing. At that time, Defendant had a remaining fine balance of $755.00. The court converted $500.00 of the remaining fine balance to fifty hours of community service and ordered Defendant to pay the remaining $255.00 within six months. On December 2, 2014, the court held a status conference, during which time it acknowledged that Defendant had completed the fifty hours of community

service. On December 3, 2014, the Clerk of Court received a money order from Defendant for the remaining $255.00 fine balance. See Ex. A.

Defendant has now completed all of his sentencing obligations, including paying his fine and completing the court-ordered community service. Defendant therefore requests that the court discharge him from probation and terminate these proceedings, as provided for under 18 U.S.C. § 3607(a). See 18 U.S.C. § 3607(a) ("At any time before the expiration of the term of probation, if the person has not violated a condition of his probation, the court may, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation.").

The Defendant has a status conference presently set for January 6, 2015, at 9:00 a.m. Defendant also requests that the status conference date be vacated if the motion is granted. WHEREFORE, the Defendant hereby requests that the court discharge Defendant from probation and dismiss this case pursuant to 18 U.S.C. § 3607(a).

DATED: December 16, 2014              /s/ *Erin Snider*
                                      ERIN SNIDER
                                      Assistant Federal Defender

ORDER

Pursuant to the Defendant's motion to terminate probation and dismiss the case pursuant to 18 U.S.C. § 3607(a), the Court is satisfied that such action is warranted by the conduct of the Defendant and hereby discharges Defendant from his probationary term and dismisses the case. The review hearing presently scheduled for January 6, 2015, at 9:00 a.m. is hereby vacated and, if applicable, any other dates are also vacated.

IT IS SO ORDERED.

Dated:   **December 22, 2014**              /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE